

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| TONY MUMFREY, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 1:10-CV-124-TH |
| CVS PHARMACY, Inc., MIKE COONEY, GARY LEBLANC, and DOUGLAS JENNEY, | § § § § § | BENCH |
| *Defendants.* | § | |

## FINAL JUDGMENT

Before the Court is the above captioned action. Having reviewed the Court's order dismissing the case, the Court now enters this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all relief requested by Plaintiff is hereby **DENIED**.

The Clerk of the Court is **DIRECTED** to close this case.

**SO ORDERED**.

**SIGNED** this the 17 day of **April, 2012.**

_____
Thad Heartfield
United States District Judge