United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

**FILED**
June 10, 2013

Lyle W. Cayce
Clerk

No. 12-40419

D.C. Docket No. 1:10-CV-124

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL -8 2013

DAVID J. MALAND, CLERK
BY
DEPUTY

TONY MUMFREY,

    Plaintiff - Appellant

v.

CVS PHARMACY, INC.; MIKE COONEY; GARY LEBLANC; DOUGLAS JENNEY,

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Texas, Beaumont

Before REAVLEY, PRADO, and ELROD, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

ISSUED AS MANDATE:

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana   JUL 0 2 2013